ROSE DROTAR ET AL., APPELLANTS, v. THE PENNSYL-
VANIA RAILROAD COMPANY ET AL., RESPONDENTS.

Argued May 24, 1939—Decided September 22, 1939.

For the appellants, *Kenneth J. Dawes.*

For the respondents, *John A. Hartpence* and *B. Thorn Lord.*

PER·CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.